```
SEYFARTH SHAW LLP
LAURA J. MAECHTLEN (State Bar No.: 224923) lmaechtlen@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549


Attorneys for Defendants
HUB GROUP, INC. and ROY ALLEN


LAW OFFICES OF RICHARD D. BLACK
RICHARD D. BLACK (State Bar No. 135765) richardblack@sbcglobal.net
1981 N. Broadway, Suite 340
Walnut Creek, California 94596
Telephone (925) 932-8400
Facsimile (925) 932-1147


Attorneys for Plaintiff
GARY ANKNEY
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GARY ANKNEY, | ) Case No. 3:08-cv-05043 EMC |
|---|---|
| Plaintiff, | ) **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; NOTIFICATION OF SETTLEMENT** ORDER |
| v. | |
| HUB GROUP, INC., a Corporation, ROY ALLEN, and DOES 1-50, | ) Date: May 13, 2009<br>) Time: 2:30 p.m.<br>) Judge: Hon. Edward M. Chen<br>) Place: Courtroom C, 15th Flr. |
| Defendants. | |

Plaintiff GARY ANKNEY and Defendant HUB GROUP, INC. submit the following Joint Case Management Conference Statement and Notification of Settlement of the entire action.

The parties attended a mediation on April 29, 2009 and agreed to settle the case. The parties will be filing a dismissal of the entire action with prejudice following execution of a release agreement and fulfillment of certain conditions set forth in that agreement. The parties

expect that the dismissal with prejudice will be filed on or before June 3, 2009.

DATED: May 6, 2009

SEYFARTH SHAW LLP

By: _____/s/_____
Laura J. Maechtlen
Attorneys for Defendant
HUB GROUP, INC.

DATED: May 6, 2009

LAW OFFICES OF RICHARD D. BLACK

By: _____/s/_____
Richard D. Black
Attorney for Plaintiff
GARY ANKNEY.

IT IS SO ORDERED that the status conference currently set for 5/13/09 at 2:30 p.m. is reset for 6/24/09 at 2:30 p.m. A joint status conference statement shall be filed by 6/17/09.

_____
Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

SF1 28355355.1 / 22423-000061

2

Joint Case Management Conference Statement (May 15, 2009 CMC)
Case No. 3:08-cv-05043-EMC