Richard D. Black—CA State Bar No. 135765
Law Offices of Richard D. Black
1981 N. Broadway, Suite 340
Walnut Creek, California  94596
Telephone:  (925) 932-8400
Facsimile:  (925) 932-1147
E-mail: richardblack@sbcglobal.net
Attorney for Plaintiff
Gary Ankney

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANKNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HUB GROUP, INC., a corporation, ROY ALLEN, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:08-cv-05043<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  ; ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **DISMISSED WITH PREJUDICE** pursuant to FRCP 41(a)(1), with each party to bear his or her or its own costs of suit and attorneys' fees.

DATED:  May 22, 2009          LAW OFFICES OF RICHARD D. BLACK


                              By:  _____/S/_____
                                   RICHARD D. BLACK
                                   Attorneys for Plaintiff GARY ANKNEY

DATED:  May 22, 2009          SEYFARTH SHAW LLP


                              By:  _____/S/_____
                                   LAURA J. MAECHTLEN
                                   Attorneys for Defendant HUB GROUP, INC.

### ORDER

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE

-2-

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. 3:08-cv-05043, is DISMISSED WITH PREJUDICE, with each party to bear his or her or its own costs of suit and attorneys' fees.

Date: May 27, 2009

HON. EDWARD CHEN
UNITED STATES DISTRICT



IT IS SO ORDERED
Judge Edward M. Chen

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE
SF1 28356805.1